ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| URS Federal Services, Inc. | ) ASBCA No. 61227 |
| | ) |
| Under Contract No. W74V8H-04-D-0023 | ) |

APPEARANCES FOR THE APPELLANT:   Terry L. Elling, Esq.
                                 Gregory R. Hallmark, Esq.
                                  Holland & Knight LLP
                                  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
                                  DCMA Chief Trial Attorney
                                 Robert L. Duecaster, Esq.
                                  Trial Attorney
                                  Defense Contract Management Agency
                                  Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 25, 2020

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61227, Appeal of URS Federal Services, Inc., rendered in conformance with the Board's Charter.

Dated: June 25, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals